# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rajah Ray Williams | ) Case No: 5:04-CR-16-1F |
| | ) USM No: 23955-056 |
| Date of Previous Judgment: August 3, 2004 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney  Mary Jude Darrow |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.　　☒ GRANTED　and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** 135 months in Count 1.
If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 33 | | Amended Offense Level: 31 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 168 to 210 months | | Amended Guideline Range: 135 to 168 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain) :

**III. ADDITIONAL COMMENTS**

The sentence reduction applies to Count 1 only. The consecutive sentence in Count 2 is unchanged.

Except as provided above, all provisions of the judgment dated August 3, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 6, 2010

Judge's signature

Effective Date: _____
(if different from order date)

James C. Fox, Senior U.S. District Judge
Printed name and title