IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-00016-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAJAH RAY WILLIAMS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter to the Clerk of Court received on June 5, 2014 [DE-57]. In his letter, Defendant requests clarification regarding his legal situation. Specifically, Defendant notes that in June 2013, an attorney was appointed to represent him with obtaining a sentence reduction under the Fair Sentencing Act, but she has failed to respond or otherwise provide him with any representation.

A review of the record reveal as follows: Thomas P. McNamara entered an appearance [DE-52] on May 24, 2013, pursuant to Standing Order 11-SO-01.[1] That same day, McNamara filed a motion to withdraw [DE-53] as counsel. On May 28, 2013, the court entered an order [DE-54] allowing McNamara to withdraw and directing that a panel attorney be appointed to represent Defendant. On June 18, 2013, attorney Mary Jude Darrow entered an appearance [DE-55]. There have been no subsequent filings by Darrow.

In light of the foregoing, Darrow is DIRECTED to either: (1) file a motion on Defendant's behalf, or (2) advise Defendant that she believes he does not qualify for relief and

---

[1] Standing Order 11-SO-1 provides for appointed counsel for indigent defendants to determine whether the defendant may qualify to seek reduction of his sentence and to present any motions or applications for reduction of his sentence in accordance with the revised base offense levels for crack cocaine, U.S.S.G. § 2D1.1, and 18 U.S.C. § 3582(c)(2).

move to withdraw.

SO ORDERED.

This, the 10th day of June, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge