UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rajah Ray Williams**                      **Docket No. 5:04-CR-16-1BO**

### Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rajah Ray Williams, who, upon an earlier plea of guilty to Possess With Intent To Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 5 Grams of 3,4 Methylenedioxymethamphetamine (MDMA), 21 U.S.C.§ 841(a)(1) and Possess Firearms in Furtherance of a Drug Trafficking Crime, 18 U.S.C.§ 924(c)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on August 3, 2014, to the custody of the Bureau of Prisons for a term of 228 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On October 24, 2017 the case was reassigned to the Honorable Terrence W. Boyle.

Rajah Ray Williams was released from custody on May 19, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 7, 2017, the defendant was arrested for Driving Under the Influence in Monterey, California by the Monterey Police Department in case number #YC1705037. Furthermore, there is probable cause to believe that the defendant violated standard condition number seven which prohibits excessive alcohol use, in that at the time of the aforementioned Driving Under the Influence, the defendant tested at a 0.119% blood alcohol concentration level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in the Location Monitoring Program as directed by the probation officer for a period of five months, and be monitored by Location Monitoring technology at the discretion of the probation officer. Location Monitoring shall be utilized to verify the compliance with a curfew while on the program. The defendant is restricted to the approved residence every day, at a time to be determined by the probation officer. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the probation officer.

2. Furthermore, the defendant shall abstain from the use of all alcoholic beverages.

Except as herein modified, the judgment shall remain in full force and effect.

Rajah Ray Williams
Docket No. 5:04-CR-16-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Taylor R. O'Neil
Taylor R. O'Neil
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-818-2759
Executed On: October 24, 2017

**ORDER OF THE COURT**

Considered and ordered this 24 day of October, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge